**ARNOLD & PORTER KAYE SCHOLER LLP**
Deborah E. Fishman (SBN 197584)
deborah.fishman@arnoldporter.com
Assad H. Rajani (SBN 251143)
assad.rajani@arnoldporter.com
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306
Telephone: (650) 319-4500
Facsimile: (650) 319-4700

*Attorneys for Plaintiff*
*Prothena Biosciences Ltd.*

**SAUL EWING ARNSTEIN & LEHR, LLP**
Brian R. Michalek (SBN 302007)
Brian.michalek@saul.com
161 N. Clark St.
Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7100
Facsimile: (312) 876-0288
Joseph D. Lipchitz (*pro hac vice* forthcoming)
Joseph.lipchitz@saul.com
131 Dartmouth Street
Suite 501
Boston, MA 02116
Telephone: (617) 723-3300
Facsimile: (617) 723-4151

*Attorneys for Tufts Medical Center*
*and Dr. Raymond Comenzo*

**UNITED STATED DISTRIC COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PROTHENA BIOSCIENCES LTD., | Case No. 3:20-cv-02603-RS |
| Plaintiff, | |
| v. | **JOINT REPORT PURSUANT MAY 18, 2020 GENERAL ORDER** |
| TUFTS MEDICAL CENTER, DR. RAYMOND COMENZO. | |
| Defendants. | |

Pursuant to the Court's Order instructing all civil litigants to engage in an additional meet and confer to discuss the possibility of settlement, the parties submit this joint report. The parties engaged in a meet and confer on June 10, 2020 to discuss the possibility of settlement. The result of the meet and confer was as follows:

[CHECK ONE]

____  The case settled, and the parties will submit a filing to this effect within the next 30 days.

____  Although the case did not settle, the parties made meaningful progress toward settlement and therefore request the opportunity to engage in additional ADR. Specifically, the parties request the following:
_____
_____
_____
_____

[X]  Despite a good-faith effort to reach a settlement at the meet and confer, the case did not settle.

DATED: June 17, 2020              **ARNOLD & PORTER KAYE SCHOLER LLP**

                                  By:  */s/ Deborah E. Fishman*

                                  Deborah E. Fishman (SBN 197584)

                                  *Attorney for Plaintiff*
                                  *Prothena Biosciences Ltd.*

DATED: June 17, 2020              **SAUL EWING ARNSTEIN & LEHR, LLP**

                                  By:  */s/ Brian R. Michaelek*

                                  Brian R. Michalek (SBN 302007)

                                  *Attorney for Defendants*
                                  *Tufts Medical Center and*
                                  *Dr. Raymond Comenzo*