IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROTHENA BIOSCIENCES LTD., | |
| Plaintiff, | Case No. 3:20-cv-02603-RS |
| v. | |
| TUFTS MEDICAL CENTER, DR. RAYMOND COMENZO. | |
| Defendants. | |

**STIPULATION AND ORDER OF DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)**

**WHEREAS**, Plaintiff Prothena Biosciences Ltd. ("Prothena") and Defendants, Tufts Medical Center ("Tufts Medical Center") and Dr. Raymond Comenzo ("Dr. Comenzo") (collectively "Defendants") are parties in the above-captioned proceeding;

**IT IS HEREBY STIPULATED AND AGREED** by the parties to the above-captioned action, by and through their undersigned counsel, and subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the above-captioned action, including all claims, counterclaims, and affirmative defenses asserted by the parties against one another, is hereby dismissed in its entirety, with each party to bear its own costs and attorneys' fees in this action.

Dated:  December 18, 2020

| **ARNOLD & PORTER KAYE SCHOLER LLP** | **SAUL EWING ARNSTEIN & LEHR LLP** |
|---|---|
| */s/ Deborah E. Fishman*  <br>Deborah E. Fishman (SBN 197584)  <br>deborah.fishman@arnoldporter.com  <br>Assad H. Rajani (SBN 251143)  <br>assad.rajani@arnoldporter.com  <br>Carson D. Anderson (SBN 317308)  <br>carson.anderson@arnoldporter.com  <br>3000 El Camino Real  <br>Five Palo Alto Square, Suite 500  <br>Palo Alto, CA 94306  <br>Telephone: (650) 319-4500  <br>Facsimile: (650) 319-4700  <br><br>*Attorneys for Plaintiff*  <br>*Prothena Biosciences Ltd.* | */s/ Brian R. Michalek*  <br>Brian R. Michalek (SBN 302007)  <br>Brian.michalek@saul.com  <br>161 N. Clark St., Suite 4200  <br>Chicago, IL 60601  <br><br>Joseph D. Lipchitz (admitted Pro Hac Vice)  <br>Joseph.lipchitz@saul.com  <br>131 Dartmouth Street  <br>Suite 501  <br>Boston, MA 02116  <br>Telephone: (617) 723-3300  <br>Facsimile: (617) (723-4151  <br><br>*Attorneys for Defendants*  <br>*Tufts Medical Center, Dr. Raymond Comenzo* |

## ECF ATTESTATION

In accordance with N.D. Cal. Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: December 18, 2020

By: /s/   *Deborah E. Fishman*
           Deborah E. Fishman

Dated: December 18, 2020
San Francisco, California

**SO ORDERED:**

United States District Judge